IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Federick Burks, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06-cv-657 |
| | ) |
| Best Buy Company, Inc., | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR COSTS**

Defendant Best Buy Company, Inc. filed a Bill of Costs (doc. #60) pursuant to Federal Rule of Civil Procedure 54, with no subsequent response filed by plaintiff Federick Burks.  The Court has reviewed and approves the Bill of Costs filed by Best Buy, and hereby **ORDERS** the Clerk of Court to tax costs against the plaintiff in the amount of $1,220.81.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2008.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court

1